UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

SPORTS/SPA & CLINIC AT
SANDESTIN

Case No. 93-04369

Debtor(s)   /

### ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by American Property Locators, Inc., on behalf of Southern Marine, c/o Teri Strohmeyer for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $2,286.62 be disbursed to Southern Marine/Mark and Teri Strohmeyer, c/o American Property Locators, Inc., One South Broadway, Suite 301, Edmond, OK 73034.

DONE and ORDERED at Tallahassee, Florida, this 15th day of June, 2005.

_____
LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:

Southern Marine/Mark and Teri Strohmeyer, Creditor



CLERK
BANKRUPTCY COURT
NORTH/DIST. FLA.
TALLAHASSEE, FLA.

05 JUN 15 AM 11: 06



FILED